IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

DONNELL LEON DEWESE,

    Petitioner,

v.                                           CASE NO. 1:11cv137-SPM/GRJ

UNITED STATES OF AMERICA,

    Respondent.

_____/

## ORDER

THIS CAUSE comes before the court on the magistrate judge's report and recommendation dated July 12, 2011 (doc. 5). Petitioner has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed. Having considered the report and recommendation, I have determined that the report and recommendation should be adopted.

Accordingly, it is hereby ORDERED as follows:

1.     The magistrate judge's report and recommendation (doc. 5) is ADOPTED and incorporated by reference in this order.

2.     The petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241

(doc. 1) is dismissed.  The clerk shall close this case.

DONE AND ORDERED this 12th day of August, 2011.

*s/ Stephan P. Mickle*
Stephan P. Mickle
Senior United States District Judge